CHILDREN OF ISRAEL ET AL. *v.* TAMARKIN ET AL.

No. 1054. Decided May 2, 1966.

*Martin S. Goldberg* for appellants.

*C. Kenneth Clark* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for a writ of certiorari, certiorari is denied.